

# Fourth Court of Appeals
## San Antonio, Texas

Thursday, May 21, 2015

No. 04-14-00619-CR

Rudy **MARTINEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 4957
Honorable Stephen B. Ables, Judge Presiding

# O R D E R

The Appellant's motion for extension of time to file the Appellant's Reply Brief is GRANTED. Time is extended to June 16, 2015.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of May, 2015.

_____
Keith E. Hottle
Clerk of Court